Eugene T. Franklin [SBN: 124881]
Franklin Employment Law Group
Attorneys at Law
22762 Main Street
Hayward, California 94541
Telephone (510) 538-0969

Attorneys for Plaintiff
Charles Rojas, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Rojas, Jr.,<br><br>            Plaintiff,<br><br>    vs.<br><br>Rolling Frito-Lay Sales, LP a Delaware Limited Partnership, and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.: C 08-00092 MEJ<br><br>**CONSENT TO ASSIGNMENT** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 18 U.S.C. Section 636(c), the undersigned party

hereby consents to have United States Magistrate Judge Maria-Elena James conduct any and all

further proceedings in the case, including trial, and order the entry of a final judgment, and

voluntarily waives the right to proceed before a United States District Judge.

Dated: January 11, 2008        FRANKLIN EMPLOYMENT LAW GROUP

/s/

By: _____
            EUGENE T. FRANKLIN
            Attorney for Plaintiff