Eugene T. Franklin [SBN: 124881]
Franklin Employment Law Group
Attorneys at Law
22762 Main Street
Hayward, California 94541
Telephone (510) 538-0969
Facsimile: (510) 538-6502

Attorneys for Plaintiff
Charles Rojas, Jr.

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Rojas, Jr.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Rolling Frito-Lay Sales, LP, a Delaware Limited Partnership, and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.: C 08-00092 MEJ<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER REMANDING CASE TO STATE COURT**<br><br>**[28 U.S.C. Section 1447; FRCP 12(h)]**<br><br>Date: March 20, 2008<br>Time: 10:00 a.m.<br>Courtroom "B," 15th Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on March 20, 2008, at 10:00 a.m., or as soon thereafter as the matter can be heard in Courtroom "B," 15th Floor of the above-named court, located at 450 Golden Gate Avenue, San Francisco, California, Plaintiff Charles Rojas, Jr., will and hereby does move this Court for an order providing that the instant action be remanded back to state court, and that the Clerk of the Court send a certified copy of the order to the clerk of the state court where the action was originally filed.

-1-

NOTICE OF MOTION AND MOTION FOR ORDER REMANDING CASE TO STATE COURT [CASE NO.: C 08-00092 MEJ]

This Motion will be based on this Notice, the Memorandum of Points and Authorities filed herewith, the accompanying Declaration of Plaintiff Charles Rojas, Jr., the complete files and records in this action, and all other matters and evidence that may be presented at the hearing on this Motion.

Dated: February 13, 2008     FRANKLIN EMPLOYMENT LAW GROUP

By: /s/
_____
EUGENE T. FRANKLIN
Attorney for Plaintiff

Eugene T. Franklin [SBN: 124881]
Franklin Employment Law Group
Attorneys at Law
22762 Main Street
Hayward, California 94541
Telephone (510) 538-0969
Facsimile: (510) 538-6502

Attorneys for Plaintiff
Charles Rojas, Jr.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Rojas, Jr.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Rolling Frito-Lay Sales, LP, a Delaware Limited Partnership, and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No.: C 08-00092 MEJ<br><br>**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES ON MOTION AND MOTION FOR ORDER REMANDING CASE TO STATE COURT**<br><br>Date: March 20, 2008<br>Time: 10:00 a.m.<br>Courtroom "B," 15th Floor |

## I. <u>INTRODUCTION</u>

Plaintiff moves this Court for an order that: (1) the instant action be remanded back to state court, and (2) the Clerk of the Court send a copy of the order to the clerk of the state court where the action was originally filed. Such an order is proper because diversity of citizenship does not exist between Plaintiff Rojas and all Defendants and this Court therefore lacks Subject Matter Jurisdiction. (28 USC § 1332).

/ / /

/ / /

-1-

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES ON MOTION AND MOTION FOR ORDER REMANDING CASE TO STATE COURT [CASE NO.: C 08-00092 MEJ]**

II. **PROCEDURAL POSTURE**

Plaintiff Rojas filed the instant action in the Alameda County Superior Court on November 28, 2007. The complaint included claims for (1) unlawful failure to provide off-duty meal periods, (2) waiting time penalties, (3) unfair competition, and (4) failure to provide rest periods. All the above causes of action against Defendants Rolling Frito-Lay Sales, LP and DOES 1-50, inclusive are based on California Labor Code §§ 201, et. seq and California Business Code § 17200.

On January 4, 2008, Defendant Rolling Frito-Lay Sales, LPs filed a "Notice of Removal of Civil Action Under 28 U.S.C., Section 1332, 1441(b) (DIVERSITY)" with this Court.

III. **STATEMENT OF RELEVANT FACTS**

Plaintiff Rojas' states in his declaration that he is not seeking damages that exceed the sum or value of $75,000. See plaintiff Rojas' declaration, which is incorporated herein by this reference. (28 USC § 1332).

IV. **FEDERAL AUTHORITY EXISTS FOR REMANDING THIS CASE BACK TO STATE COURT**

A lack of subject matter jurisdiction may be raised "at any time before final judgment." [28 USC § 1447(c);; FRCP 12(h). See also *America Fire & Cas. Co. V Finn* (1951) 341 US 6, 17-18. See also *Valdez v. Allstate Ins. Co.* (9th Cir. 2004) 372 F.3d 1115, 1116. See also *In re Brand Name Prescription Drugs Antitrust Litig.* (7th Cir. 2001) 248 F.3d 668, 670 [Plaintiff's seven month delay in moving to remand on ground of insufficient amount in controversy did not waive the objection.].

/ / /
/ / /

-2-

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES ON MOTION AND MOTION FOR ORDER REMANDING CASE TO STATE COURT [CASE NO.: C 08-00092 MEJ]**

V. **THE BURDEN OF PROOF IS ON DEFENDANT TO PROVE WHY THE CASE SHOULD NOT BE REMANDED TO STATE COURT**

While, plaintiff Rojas is bringing this motion to remand, the burden of proof is on Defendant to prove the necessary elements of federal court jurisdiction. *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992). Where, as here, subject matter jurisdiction is clearly lacking, a court may remand an action back to state court *sua sponte,* without even permitting counsel to brief or argue the case. *Air-Shields, Inc. v. Fullam*, 891 F.2d 63, 65 (3d Cir.1989).

## CONCLUSION

Plaintiff requests that this Court order that: the instant action be remanded back to state court, and that the Clerk of the Court send a certified copy of the order to the clerk of the state court where the action was originally filed.

Dated: February 13, 2008       FRANKLIN EMPLOYMENT LAW GROUP

By: /s/ _____
EUGENE T. FRANKLIN
Attorney for Plaintiff

-3-

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES ON MOTION AND MOTION FOR ORDER REMANDING CASE TO STATE COURT [CASE NO.: C 08-00092 MEJ]**

Eugene T. Franklin [SBN: 124881]
Franklin Employment Law Group
Attorneys at Law
22762 Main Street
Hayward, California 94541
Telephone (510) 538-0969

Attorneys for Plaintiff
Charles Rojas, Jr.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Rojas, Jr.,<br><br>   Plaintiff,<br><br>vs.<br><br>Rolling Frito-Lay Sales, LP, a Delaware Limited Partnership, and DOES 1-50, inclusive,<br><br>   Defendants. | Case No.: C 08-00092 MEJ<br><br>**DECLARATION OF PLAINTIFF CHARLES ROJAS, JR., IN SUPPORT OF MOTION TO REMAND CASE TO STATE COURT**<br><br>Date: March 20, 2008<br>Time: 10:00 a.m.<br>Courtroom "B," 15th Floor |

I, Charles Rojas, Jr., declare as follows:

1. I am the named plaintiff in this litigation.

2. The facts contained in this declaration are within my personal knowledge, and if called upon to testify as a witness, I could and would competently testify thereto.

3. In the instant litigation against defendants I believe that my damages are of a value of $75,000 or less; therefore, I am not seeking damages that exceed the sum or value of $75,000.

4. I request that this court remand the instant litigation back to California state court.

/ / /

-1-

**DECLARATION OF PLAINTIFF CHARLES ROJAS, JR., IN SUPPORT OF MOTION TO REMAND CASE TO STATE COURT**
**[Case No.: C 08-00092 MEJ]**

1  I declare under penalty of perjury of the law of the State of California and the United
2  States of America that the foregoing is true and correct.  Executed at Hayward, California..
3  Dated: February 13, 2008
4
5  By:  ___/s/_____
           Charles Rojas, Jr.,

-2-

DECLARATION OF PLAINTIFF CHARLES ROJAS, JR., IN SUPPORT OF MOTION TO REMAND CASE TO STATE COURT
[Case No.: C 08-00092 MEJ]

Eugene T. Franklin [SBN: 124881]
Franklin Employment Law Group
Attorneys at Law
22762 Main Street
Hayward, California 94541
Telephone (510) 538-0969

Attorneys for Plaintiff
Charles Rojas, Jr.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Charles Rojas, Jr. | ) Case No.: C 08-00092 MEJ |
|---|---|
| Plaintiff, | ) **[PROPOSED] ORDER GRANTING PLAINTIFF CHARLES ROJAS, JR'S MOTION TO REMAND CASE TO STATE COURT** |
| vs. | ) |
| Rolling Frito-Lay Sales, LP, a Delaware Limited Partnership, and DOES 1-50, inclusive, | ) Date: March 20, 2008<br>) Time: 10:00 a.m.<br>) Courtroom "B," 15th Floor |
| Defendants. | ) |

Plaintiff Charles Rojas, Jr.'s motion to remand his case back to state court came on regularly for hearing before this Court in Courtroom 15, at 10:00 a.m., on March 20, 2008. Appearing as attorney for plaintiff Rojas was attorney Eugene T. Franklin and appearing as attorney for defendant Rolling Frito-Lay Sales, LP was [Julie A. Dunne] [Matthew S. Dente] of Sheppard, Mullin, Richter & Hampton LLP.

After full consideration of the moving and opposing papers, as well as counsel's oral argument, IT IS ORDERED that the said motion to remand is GRANTED. IT IS FURTHER ORDERED THAT:

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND TO STATE COURT**

Case No.: C 08-00092 MEJ

1  The Clerk of this Court is directed to send a certified copy of the order of remand to the clerk of

2  the state court [Alameda County Superior Court] where the action was originally filed.

3  Dated: _____

_____
Magistrate Judge Maria-Elena James

-2-

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND TO STATE COURT**

Case No.: C 08-00092 MEJ