1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES ROJAS, JR.,

           Plaintiff(s),

  vs.

ROLLING FRITO-LAY SALES, LP, et al.,

           Defendant(s).

                            /

No. C 08-0092 MEJ

**ORDER DIRECTING DEFENDANT TO
FILE CONSENT/DECLINATION FORM**

       Pending before the Court is Plaintiff's Motion to Remand.  Upon review of the record in this action, the Court notes that Defendant has not filed a written consent to Magistrate Judge James' jurisdiction or request for reassignment to a United States District Court judge for trial.  This civil case was randomly assigned to United States Magistrate Judge Maria-Elena James for all purposes including trial.  In accordance with Title 28, U.S.C. § 636(c), the magistrate judges of this District Court are designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of final judgment, upon the consent of the parties.  An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

       You have the right to have your case assigned to a United States District Judge for trial and

1   disposition.  Accordingly, Defendant shall inform the Court whether Defendant consents to

2   Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for

3   trial.  A copy of both the consent and declination forms may be obtained from the Northern District

4   of California's website at http://www.cand.uscourts.gov/.  From the homepage, click on the "Forms"

5   tab on the left margin, then choose "Civil."  The consent/declination form shall be filed as soon as

6   possible, but no later than February 28, 2008.

7           **IT IS SO ORDERED.**

8

9   Dated: February 15, 2008

                                                    _____
10                                                   MARIA-ELENA JAMES
                                                    United States Magistrate Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                2