Eugene T. Franklin [SBN: 124881]
Franklin Employment Law Group
Attorneys at Law
22762 Main Street
Hayward, California 94541
Telephone (510) 538-0969
Facsimile: (510) 538-6502

Attorneys for Plaintiff
Charles Rojas, Jr.

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Rojas, Jr.,<br><br>    Plaintiff,<br><br>vs.<br><br>Rolling Frito-Lay Sales, LP, a Delaware Limited Partnership, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: C 08-00092 MEJ<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR ORDER REMANDING CASE TO STATE COURT**<br><br>[28 U.S.C. Section 1447; FRCP 12(h)]<br><br>Date: March 20, 2008<br>Time: 10:00 a.m.<br>Courtroom "B," 15th Floor |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Charles Rojas, Jr., herewith withdraws and cancels his motion for an order remanding his case to state court.

Dated: February 28, 2008    FRANKLIN EMPLOYMENT LAW GROUP

                /s/
        By: _____
            EUGENE T. FRANKLIN
            Attorney for Plaintiff

-1-

NOTICE OF WITHDRAWAL OF MOTION FOR ORDER REMANDING CASE TO STATE COURT [CASE NO.: C 08-00092 MEJ]

-2-

**NOTICE OF WITHDRAWAL OF MOTION FOR ORDER REMANDING CASE TO STATE COURT [CASE NO.: C 08-00092 MEJ]**