SHEPPARD MULLIN RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
JENNIFER G. REDMOND, Cal. Bar. No. 144790
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Electronic mail: jredmond@sheppardmullin.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
SAMANTHA D. HARDY, Cal. Bar No. 199125
RACHEL A. MILLER, Cal. Bar No. 247023
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: (619) 338-6500
Facsimile: (619) 234-3815
Electronic mail:    shardy@sheppardmullin.com
                    rmiller@sheppardmullin.com

Attorneys for ROLLING FRITO-LAY SALES, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ROJAS, JR.,<br><br>       Plaintiff,<br><br>   v.<br><br>ROLLING FRITO-LAY SALES, LP, a Delaware Limited Partnership, and DOES 1-50 inclusive,<br><br>       Defendants. | Case No. 3:08-cv-00092-MEJ<br><br>Assigned to: Magistrate Judge Maria-Elena James<br><br>**DEFENDANT ROLLING FRITO-LAY SALES, L.P.'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), Defendant Rolling Frito-Lay Sales, LP, hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 28, 2008

                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

      By      /s/ Samantha Hardy
                SAMANTHA D. HARDY

                Attorneys for Defendant
                ROLLING FRITO-LAY SALES, LP