| | |
|---|---|
| 1 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
| | JENNIFER G. REDMOND, Cal. Bar. No. 144790 |
| 3 | Four Embarcadero Center, 17th Floor |
| | San Francisco, CA 94111 |
| 4 | Telephone: (415) 434-9100 |
| | Facsimile: (415) 434-3947 |
| 5 | Electronic mail: jredmond@sheppardmullin.com |
| 6 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 7 |   Including Professional Corporations |
| | SAMANTHA D. HARDY, Cal. Bar No. 199125 |
| 8 | RACHEL A. MILLER, Cal. Bar No. 247023 |
| | 501 West Broadway, 19th Floor |
| 9 | San Diego, California  92101-3598 |
| | Telephone: (619) 338-6500 |
| 10 | Facsimile: (619) 234-3815 |
| | Electronic mail:    shardy@sheppardmullin.com |
| 11 |                    rmiller@sheppardmullin.com |
| 12 | Attorneys for ROLLING FRITO-LAY SALES, LP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ROJAS, JR., | Case No. 3:08-cv-00092-MEJ |
| Plaintiff, | Assigned to: Magistrate Judge Maria-Elena James |
| v. | **DEFENDANT ROLLING FRITO-LAY SALES, L.P.'S NOTICE OF CHANGE OF RESPONSIBLE ATTORNEY** |
| ROLLING FRITO-LAY SALES, LP, a Delaware Limited Partnership, and DOES 1-50 inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE that Julie A. Dunne and Matthew S. Dente are no longer the responsible attorneys at Sheppard Mullin Richter & Hampton LLP for the representation of Defendant Rolling Frito-Lay Sales, LP. Defendant hereby requests that all notices and service of items in this matter be addressed as follows:

Jennifer G. Redmond, Esq. (jredmond@sheppardmullin.com)
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Samantha D. Hardy, Esq. (shardy@sheppardmullin.com)
Rachel A. Miller, Esq. (rmiller@sheppardmullin.com)
Sheppard Mullin Richter & Hampton LLP
501 West Broadway, 19th Floor
San Diego, CA 92101
Telephone:  (619) 338-6500
Facsimile:   (619) 234-3815

Dated: February 28, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ Samantha Hardy
         SAMANTHA D. HARDY

Attorneys for Defendant
ROLLING FRITO-LAY SALES, LP