UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Charles Rojas, Jr.,

            Plaintiff(s),

    v.

Rolling Frito-Lay Sales, LP, et al.

            Defendant(s).
_____/

Case No. C 08-00092 MEJ

ADR CERTIFICATION BY PARTIES AND COUNSEL

       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

       **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

       **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

       **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: March 31, 2008

                              /s/
                         Adrienne Brown
                      [Party]  Defendant

Dated: March 31, 2008

                              /s/
                         Samantha Hardy
                      [Counsel] for Defendant