1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2      Including Professional Corporations
   JENNIFER G. REDMOND, Cal. Bar. No. 144790
3  Four Embarcadero Center, 17th Floor
   San Francisco, CA 94111
4  Telephone: (415) 434-9100
   Facsimile: (415) 434-3947
5  Electronic mail:    jredmond@sheppardmullin.com

6  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
7      Including Professional Corporations
   SAMANTHA D. HARDY, Cal. Bar No. 199125
8  RACHEL A. MILLER, Cal. Bar No. 247023
   501 West Broadway, 19th Floor
9  San Diego, California 92101-3598
   Telephone: (619) 338-6500
10 Facsimile: (619) 234-3815
   Electronic mail:    shardy@sheppardmullin.com
11                     rmiller@sheppardmullin.com

12 Attorneys for Defendant ROLLING FRITO-
   LAY SALES, LP
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16 | CHARLES ROJAS, JR.,              | Case No. C 08-00092 MEJ
17 |         Plaintiff,                |
18 |     v.                            | **PROOF OF SERVICE**
19 | ROLLING FRITO-LAY SALES, LP, a   |
   | Delaware Limited Partnership, and DOES |
20 | 1-50 inclusive,                   |
21 |         Defendants.               |

---

W02-WEST:DSH\400772121.1                    -1-
Case No. C 08-00092 MEJ                                              PROOF OF SERVICE

Charles Rojas, Jr., v. Rolling Frito-Lay Sales, LP, et al.
USDC, Northern District of California Case No. C 08-00092 MEJ

## CERTIFICATE OF SERVICE
## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 501 West Broadway, 19th Floor, San Diego, California 92101-3598. On April 1, 2008, I served the following document(s): **ADR CERTIFICATION BY PARTIES AND COUNSEL**

### Electronic Mail Notice List

The following are currently on the list to receive e-mail notices for this case.

- **Eugene T. Franklin**
  gfranklin3@sbcglobal.net

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed on** April 1, 2008, **at San Diego, California.**

_/s/ Cindi Petruzzo_
Cindi Petruzzo