SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
   Including Professional Corporations
JENNIFER REDMOND, Cal. Bar. No. 144790
17th Floor
Four Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Electronic mail: jredmond@sheppardmullin.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
   Including Professional Corporations
SAMANTHA D. HARDY, Cal. Bar No. 199125
501 West Broadway, 19th Floor
San Diego, California  92101-3598
Telephone: (619) 338-6500
Facsimile: (619) 234-3815
Electronic mail: shardy@sheppardmullin.com

Attorneys for ROLLING FRITO-LAY SALES, LP

FRANKLIN EMPLOYMENT LAW GROUP

Eugene Franklin, Cal. Bar No. 124881

22763 Main Street

Hayward, California 94541

Telephone: (510) 538-0969

Facsimile: (510) 538-6502

Attorney for PLAINTIFF Charles Rojas Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ROJAS, JR.,<br><br>     Plaintiff,<br><br>    v.<br><br>ROLLING FRITO-LAY SALES, LP, a Delaware Limited Partnership, and DOES 1-50 inclusive,<br><br>     Defendants. | Case No. 3:08-cv-00092-MEJ<br><br>Assigned to: Magistrate Judge Maria-Elena James<br><br>JOINT STIPULATION TO POSTPONE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |

## JOINT STIPULATION

1.    WHEREAS, pursuant to this Court's Order Setting Initial Case Management Conference and ADR Deadlines dated January 4, 2008 (the "Order"), Plaintiff Charles Rojas Jr. ("Rojas") and Defendant Rolling Frito-Lay Sales, L.P. ("Frito-Lay") (collectively, the "Parties") are scheduled to appear before this Court for an Initial Case Management Conference on Thursday, April 17, 2008 at 10:00 a.m.;

2.    WHEREAS, pursuant to the Order, the deadline for the Parties to file their Joint Case Management Statement and F.R.C.P. Rule 26(f) Report is this Thursday, April 10, 2008;

3.    WHEREAS, pursuant to the Order, the deadline for the Parties to serve their F.R.C.P. Rule 26(a) Initial Disclosures is this Thursday, April 10, 2008;

4.    WHEREAS, on Tuesday, April 8, 2008, the Parties reached a settlement to the above-captioned action, and are currently finalizing the terms of the settlement agreement;

5.    WHEREAS, the Parties wish to postpone the Initial Case Management Conference in order to have sufficient time to finalize the terms of the settlement, execute a settlement agreement and file a Request for Dismissal of the Action, as well as to minimize the burden on this Court's judicial resources and any additional litigation expense to the Parties;

-1-

1 | IT IS HEREBY STIPULATED by and between the Parties through their
2 counsel, as follows:

3

4 | 1. The Initial Case Management Conference shall be continued until
5 Thursday, May 15, 2008, or as soon thereafter as counsel may be heard by this Court.

6

7 | 2. The deadline for the Parties to file their Joint Case Management
8 Statement and F.R.C.P. Rule 26(f) Report shall be continued until Thursday, May 8, 2008.

9

10 | 3. The deadline for the Parties to serve their F.R.C.P. Rule 26(a) Initial
11 Disclosures shall be continued until Thursday, May 8, 2008.

12

13 Dated: April 9, 2008

14 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

15

16 By _____ /s/ Samantha Hardy _____
17 JENNIFER REDMOND
SAMANTHA D. HARDY
18

19 Attorneys for Defendant ROLLING FRITO-LAY,
SALES, LP
20 Dated: April 9, 2008
21
22 FRANKLIN EMPLOYMENT LAW GROUP
23
24 By _____ /s/ Eugene Franklin _____
EUGENE FRANKLIN
25
26 Attorney for Plaintiff Charles Rojas Jr.
27
28

-2-

1

## <u>ORDER</u>

2  IT IS SO ORDERED.

3  Dated:_____, 2008

4  _____

5  HON. MARIA-ELENA JAMES

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-