| | |
|---|---|
| 1 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| |    A Limited Liability Partnership |
| 2 |    Including Professional Corporations |
| | JENNIFER REDMOND, Cal. Bar. No. 144790 |
| 3 | 17th Floor |
| | Four Embarcadero Center |
| 4 | San Francisco, CA 94111 |
| | Telephone: (415) 434-9100 |
| 5 | Facsimile: (415) 434-3947 |
| | Electronic mail: jredmond@sheppardmullin.com |
| 6 | |
| | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 7 |    A Limited Liability Partnership |
| |    Including Professional Corporations |
| 8 | SAMANTHA D. HARDY, Cal. Bar No. 199125 |
| | 501 West Broadway, 19th Floor |
| 9 | San Diego, California 92101-3598 |
| | Telephone: (619) 338-6500 |
| 10 | Facsimile: (619) 234-3815 |
| | Electronic mail: shardy@sheppardmullin.com |
| 11 | |
| | Attorneys for ROLLING FRITO-LAY SALES, |
| 12 | LP |
| 13 | FRANKLIN EMPLOYMENT LAW GROUP |
| | Eugene Franklin, Cal. Bar No. 124881 |
| 14 | 22763 Main Street |
| | Hayward, California 94541 |
| 15 | Telephone: (510) 538-0969 |
| 16 | Facsimile: (510) 538-6502 |
| 17 | |
| | Attorney for PLAINTIFF Charles Rojas Jr. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ROJAS, JR., | Case No. 3:08-cv-00092-MEJ |
| Plaintiff, | Assigned to: Magistrate Judge Maria-Elena James |
| v. | JOINT STIPULATION TO POSTPONE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |
| ROLLING FRITO-LAY SALES, LP, a Delaware Limited Partnership, and DOES 1-50 inclusive, | |
| Defendants. | |

JOINT STIPULATION TO POSTPONE CASE
MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER

## JOINT STIPULATION

1. WHEREAS, pursuant to this Court's Order Setting Initial Case Management Conference and ADR Deadlines dated January 4, 2008 (the "Order"), Plaintiff Charles Rojas Jr. ("Rojas") and Defendant Rolling Frito-Lay Sales, L.P. ("Frito-Lay") (collectively, the "Parties") are scheduled to appear before this Court for an Initial Case Management Conference on Thursday, April 17, 2008 at 10:00 a.m.;

2. WHEREAS, pursuant to the Order, the deadline for the Parties to file their Joint Case Management Statement and F.R.C.P. Rule 26(f) Report is this Thursday, April 10, 2008;

3. WHEREAS, pursuant to the Order, the deadline for the Parties to serve their F.R.C.P. Rule 26(a) Initial Disclosures is this Thursday, April 10, 2008;

4. WHEREAS, on Tuesday, April 8, 2008, the Parties reached a settlement to the above-captioned action, and are currently finalizing the terms of the settlement agreement;

5. WHEREAS, the Parties wish to postpone the Initial Case Management Conference in order to have sufficient time to finalize the terms of the settlement, execute a settlement agreement and file a Request for Dismissal of the Action, as well as to minimize the burden on this Court's judicial resources and any additional litigation expense to the Parties;

IT IS HEREBY STIPULATED by and between the Parties through their counsel, as follows:

1. The Initial Case Management Conference shall be continued until Thursday, May 15, 2008, or as soon thereafter as counsel may be heard by this Court.

2. The deadline for the Parties to file their Joint Case Management Statement and F.R.C.P. Rule 26(f) Report shall be continued until Thursday, May 8, 2008.

3. The deadline for the Parties to serve their F.R.C.P. Rule 26(a) Initial Disclosures shall be continued until Thursday, May 8, 2008.

Dated: April 9, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ Samantha Hardy
        JENNIFER REDMOND
        SAMANTHA D. HARDY

Attorneys for Defendant ROLLING FRITO-LAY, SALES, LP

Dated: April 9, 2008

FRANKLIN EMPLOYMENT LAW GROUP

By      /s/ Eugene Franklin
        EUGENE FRANKLIN

Attorney for Plaintiff Charles Rojas Jr.

-2-

JOINT STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS SO ORDERED. |
| 3 | Dated: _____April 9_____, 2008 |
| 4 | _____ |
| 5 | HON. MARIA-ELENA JAMES |

-3-

JOINT STIPULATION TO POSTPONE CASE
MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER