1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ROJAS, JR., <br><br> Plaintiff, <br><br> v. <br><br> ROLLING FRITO-LAY SALES, LP, a Delaware Limited Partnership, and DOES 1-50 inclusive, <br><br> Defendants. | Case No. 3:08-cv-00092-MEJ <br><br> Assigned to: Magistrate Judge Maria-Elena James <br><br> **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the Parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), because the case has settled.

It is further stipulated that the Court will retain jurisdiction of this matter until all settlement matters are concluded.

Dated: May 5, 2008

                    FRANKLIN EMPLOYMENT LAW GROUP

                    By     /s/
                          EUGENE T. FRANKLIN

                          Attorney for Plaintiff
                          CHARLES ROJAS, JR.

Dated: May 8, 2008

                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                    By     /s/
                          SAMANTHA D. HARDY

                          Attorney for Defendant
                          ROLLING FRITO-LAY, SALES, LP

IT IS SO ORDERED.

Dated: _____

                    HONORABLE MARIA-ELENA JAMES
                    MAGISTRATE JUDGE OF THE DISTRICT COURT