UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ROJAS, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>ROLLING FRITO-LAY SALES, LP, a Delaware Limited Partnership, and DOES 1-50 inclusive,<br><br>    Defendants. | Case No. 3:08-cv-00092-MEJ<br><br>Assigned to: Magistrate Judge Maria-Elena James<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the Parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), because the case has settled.

It is further stipulated that the Court will retain jurisdiction of this matter until all settlement matters are concluded.

Dated: May 5, 2008

FRANKLIN EMPLOYMENT LAW GROUP

By    /s/
EUGENE T. FRANKLIN

Attorney for Plaintiff
CHARLES ROJAS, JR.

Dated: May 8, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/
SAMANTHA D. HARDY

Attorney for Defendant
ROLLING FRITO-LAY, SALES, LP

The Clerk shall close the file.

IT IS SO ORDERED.

Dated: May 8, 2008

HONORABLE MARIA-ELENA JAMES
MAGISTRATE JUDGE OF THE DISTRICT COURT