UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ROJAS, JR., | Case No. 3:08-cv-00092-MEJ |
| Plaintiff, | Assigned to: Magistrate Judge Maria-Elena James |
| v. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
| ROLLING FRITO-LAY SALES, LP, a Delaware Limited Partnership, and DOES 1-50 inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the Parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), because the case has settled.

It is further stipulated that the Court will retain jurisdiction of this matter until all settlement matters are concluded.

Dated: May 5, 2008

          FRANKLIN EMPLOYMENT LAW GROUP

          By    /s/
                EUGENE T. FRANKLIN

          Attorney for Plaintiff
          CHARLES ROJAS, JR.

Dated: May 8, 2008

          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

          By    /s/
                SAMANTHA D. HARDY

          Attorney for Defendant
          ROLLING FRITO-LAY, SALES, LP

The Clerk shall close the file.

IT IS SO ORDERED.

Dated: May 8, 2008

          HONORABLE MARIA-ELENA JAMES
          MAGISTRATE JUDGE OF THE DISTRICT COURT